# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

## April 21, 2009

| 29088 | Druker v. Swearingen | Affirmed |
| 29031 | State v. Billianor | Reversed |
| 28880 | State v. Calarruda | Vacated and remanded |
| 29158 | State v. Maxwell | Affirmed |

## April 22, 2009

| 28118 28615 | Conservatorship and Guardianship of Naito, In re | Affirmed |
| 29026 | Morgado v. Hamada | Affirmed |

## April 23, 2009

| 29235 | Dickinson v. Tinguely Development | Vacated and remanded |
| 29234 | Martin v. Green Magic, Inc. | Vacated and remanded |
| 29233 | Smith v. Hawaii Island Humane Soc. | Vacated and remanded |

## April 24, 2009

| 29050 | Birano v. State | Vacated and remanded |
| 28815 | Panko Architects, Inc. v. Waiakea Villas, LLC | Affirmed |

## April 27, 2009

| 29306 | Bank of New York v. Batad | Affirmed |
| 28864 | Berinobis v. Siu | Affirmed |
| 29016 | Sapanara v. State | Affirmed |
| 28918 | Semba v. State | Affirmed |
| 28584 | State v. Fitzwater | Affirmed |
| 29251 | State v. Gonzales | Affirmed |
| 28288 | State v. Rendon | Vacated and remanded |
| 27254 | Title Guar. Escrow Services, Inc. v. Szymanski | Affirmed |

## April 28, 2009

| 29113 | State v. Rivera | Affirmed |